# United States Court of Appeals for the Federal Circuit

---

November 7, 2012

**ERRATA**

---

Appeal No. 2012-5116

**GREGORY STELLA,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

Decided:  November 7, 2012
Nonprecedential Opinion

---

Please make the following changes:

Page 3, line 18, change "sound" to –sound[]–.

Page 4, line 8, change "ask" to –ask[]–.